UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 17-CR-185 (BAH)** |
| v. | : | |
| **MARTIN PARTIDA-CEJA,** | : | |
| also known as "Martin," | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONTINUE

The United States of America ("Government") and Defendant Martin Partida-Ceja ("Defendant"), by and through the undersigned counsel (the "parties"), hereby request that the Court continue the status hearing, currently scheduled for December 2, 2025, to the week of March 2, 2026, or anytime thereafter that is amenable to the Court. The parties further respectfully request that the Court issue an Order excluding time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The parties have continued to review the discovery and discuss a potential resolution of this case short of trial. This case involves voluminous discovery, much of which is in Spanish and therefore requires additional effort to meaningfully review and translate for the parties' use. In light of the fact that the parties are continuing to confer, the parties believe that another joint status report filed in approximately 90 days would afford the parties additional time to meaningfully update the Court of how they would like to proceed with the ultimate disposition of this matter.

The parties additionally request that the Court exclude time, through the date of the next status hearing, from the Court's calculation of the time within which trial should commence pursuant to 18 U.S.C. § 3161(h)(7)(A). Specifically, the parties submit that this continuance would

serve the ends of justice by affording the parties reasonable time necessary for effective preparation.

Respectfully submitted this 17th day of November, 2025 by:

| | |
|---|---|
| A.J. KRAMER<br>FEDERAL PUBLIC DEFENDER | MARGARET A. MOESER, Chief<br>Money Laundering, Narcotics and Forfeiture Section<br>Criminal Division<br>U. S. Department of Justice |
|   _/s/Tezira Abe_<br>Tezira Abe<br>Scott Krischke<br>625 Indiana Ave., NW<br>Suite 550<br>Washington, D.C. 20004<br>Tel: (202) 208-7500<br>Email: Tezira_Abe@fd.org<br>Email: Scott_Krischke@fd.org<br>*Counsel for the Defendant* |   _/s/ Douglas Meisel_<br>Douglas Meisel<br>Lernik Begian<br>Katilin Sahni<br>Trial Attorneys<br>Money Laundering, Narcotics and Forfeiture Section<br>Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, NW<br>Washington, D.C. 20530<br>Tel.:   (202) 598-2281<br>Email: douglas.meisel@usdoj.gov |

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 17th day of November 2025.

                                           /s/ Douglas Meisel
                                          Douglas Meisel
                                          Trial Attorney
                                          Money Laundering, Narcotics and Forfeiture Section
                                          Criminal Division
                                          U.S. Department of Justice